**Order filed October 19, 2017.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00809-CV
_____

### In the Interest of M.H. and A.H

---

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 33831**

---

## ORDER

This is an accelerated appeal from a judgment in a in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed September 15, 2017. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App.

P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order **Susan Waldrip**, the official court reporter, to file the record in this appeal **on or before October 30, 2017.** If **Susan Waldrip** does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM